IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| KEVIN LAWHORN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NO. 3:20-cv-00201 |
| v. | ) | JUDGE RICHARDSON |
| | ) | |
| BUY BUY BABY, INC., | ) | |
| Defendant. | ) | |

### **ORDER**

For the reasons discussed in the accompanying memorandum opinion, the Court adopts and approves the Magistrate Judge's Report and Recommendation. (Doc. No. 21). Therefore, this case is **DISMISSED** with prejudice. The pending Motion for Hearing and New Address (Doc. No. 19) is **DENIED** as **MOOT**.

The Clerk is directed to close the file. This Order constitutes a final judgment in accordance with Fed. R. Civ. P. 58.

IT IS SO ORDERED.

ELI RICHARDSON
UNITED STATES DISTRICT JUDGE